UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN CAPADANNO, | CASE NO. C20-1690 MJP |
| Plaintiff, | ORDER GRANTING REQUEST TO SERVE BY U.S. MARSHAL |
| v. | |
| AT&T CORP, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion for Service by U.S. Marshal. (Dkt. No. 8.) Plaintiff has qualified for in forma pauperis status under 28 U.S.C. § 1915(a)(1). (Dkt. No. 4.) Pursuant to Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915, the Court GRANTS the Motion and directs the U.S. Marshals to effectuate service on Defendant.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 29, 2020.

Marsha J. Pechman
United States District Judge